UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, NJ 07470
973-696-8391
Attorney for Debtor

**Order Filed on October 20, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Juan Cruz

Case No.:  _____16-22909_____

Chapter:  13

Judge:  _____SLM_____

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2016**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Scura, Wigfield, Heyer & Stevens, LLP _____, the applicant, is allowed a fee of $ _____ 834.00 _____ for services rendered and expenses in the amount of $_____ 0.00 _____ for a total of $_____ 834.00 _____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for _____ n/a _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-22909-SLM
Juan Cruz                                                                       Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Oct 20, 2016
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db           +Juan Cruz,    416 Hillsdale Dr.,   Hazleton, PA 18202-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
          David L. Stevens    on behalf of Debtor Juan  Cruz dstevens@scuramealey.com,
          cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                TOTAL: 3