## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Juan Cruz | Case No.: _____16-22909-SLM_____<br><br>Hearing Date: _____06/14/2017_____<br><br>Chapter: _____13_____<br><br>Judge: _____Hon. Stacey L. Meisel_____ |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____,
United States Bankruptcy Judge.

**Reason for Hearing:**   Debtor's Certification in Opposition to Trustee's

Certification of Default

**Location of Hearing:**   Courtroom No. _3A_

MLK Jr. Building

50 Walnut Street, 3rd Floor

Newark, NJ 07102

**Date and Time:**   June 14, 2017 at 9:00 AM _____, or as
soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ **ARE REQUIRED**   ☐ **ARE NOT REQUIRED**

DATE: May 19, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____May 19_____, 20_17_ this notice was served on the
following: Debtor, Debtor's Attorney, United States Trustee, Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Alyson M. Guida
Deputy Clerk

*rev.1/4/17*