UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
David L. Stevens, Esq. (Attorney ID  033422007)
Counsel for the Debtor

Order Filed on December 4,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

Juan Cruz,

                Debtor.

Chapter 13

Case NO.  16-22909

Hon. Stacey L. Meisel

**ORDER AUTHORIZING THE DEBTOR TO ENTER INTO A LOAN
MODIFICATION AGREEMENT**

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: December 4, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtors: Juan Cruz
Case No.: 16-22909 (SLM)

Caption of Order: **Order Authorizing Debtors to Enter Into Loan Modification Agreement**

Page 2 of 2

THIS MATTER, having been brought to the Court on the motion of the Debtor, Juan Cruz (the "Debtor"), by and through their counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order authorizing the Debtor to enter into the Loan Modification Agreement with the Secured Creditor, M&T Bank, concerning the mortgage loan encumbering the property at 17-19 Belle Avenue, Paterson, New Jersey 07505 (the "Motion"); and the Court having considered the certification of counsel filed in support of the Motion (the "Certification") with its exhibit and the arguments of counsel; and due notice having been given; and for good cause shown:

**IT IS ORDERED** that M&T Bank and the Debtor are hereby authorized to enter into a loan modification; and it is further;

**ORDERED** that M&T Bank, solely in its capacity as servicer, shall deliver to the Debtor a fully executed copy of the Loan Modification Agreement pursuant to the proposed terms set forth in the exhibit attached to the Certification (the "Exhibit") within thirty (30) days of the date upon which this Order is entered; and it is further;

**ORDERED** that should M&T Bank, solely in its capacity as servicer, fail to provide the Debtor with a fully executed copy of the Loan Modification Agreement within thirty (30) days of the entry of this Order, this Order shall take effect as the Loan Modification Agreement between the parties, and shall continue to the maturity of the note and mortgage as extended pursuant to the terms set forth in the Exhibit attached to the Certification.

**ORDERED**, that the Debtor shall file an amended Plan and Schedule J within 14 days of the entry of this order.