Order Filed on March 27, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

JUAN CRUZ

**Case No.: 16-22909**

**Judge: STACEY L. MEISEL**

**ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: March 27, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JUAN CRUZ

Case No.: 16-22909SLM

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

---

ORDERED, that the claim of M & T BANK, Court Claim Number 2, be reduced to amount paid to date through the plan by the Standing Trustee, the amount paid to date through the plan by the Standing Trustee.